# McKool Smith

Courtney B. Statfeld
Direct Dial: (212) 402-9448
cstatfeld@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

August 31, 2016

**VIA FACSIMILE AND ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> RE: *Citigroup Mortgage Loan Trust 2007-AMC3, by U.S. Bank National Association, solely in its capacity as Trustee v. Citigroup Global Markets Realty Corp.*, No. 13 Civ. 2843 (GBD); *U.S. Bank National Association, solely in its capacity as Trustee for Citigroup Mortgage Loan Trust 2007-AR7 v. Citigroup Global Markets Realty Corp.*, No. 13 Civ. 6989 (GBD)

Dear Judge Daniels:

We represent plaintiff U.S. Bank National Association, solely in its capacity as Trustee for both Citigroup Mortgage Loan Trust 2007-AMC3 and Citigroup Mortgage Loan Trust 2007-AR7, in the above-referenced actions (collectively, the "Actions"). We respectfully write to request an adjournment of the status conference previously scheduled in both Actions for September 7, 2016 at 9:45 a.m. We have conferred with Defendants and they have no objection.

The parties are working with Judge Freeman and meeting and conferring on outstanding discovery issues. The parties would like a six week adjournment of the status conference to October 19, 2016 to resolve these issues.

Very truly yours,

*/s/ Courtney B. Statfeld*
Courtney B. Statfeld

**McKool Smith**
A Professional Corporation • Attorneys
Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC